**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JAVIER RAMIREZ GARCIA,** | : | **Case No. 1:26-cv-380** |
| | : | |
| **Petitioner,** | : | |
| | : | |
| | : | **District Judge Susan J. Dlott** |
| **vs.** | : | |
| | : | |
| | : | **Magistrate Judge Kimberly A. Jolson** |
| **WARDEN, BUTLER COUNTY** | : | |
| **CORRECTIONAL COMPLEX,** | : | |
| ***et al.,*** | : | |
| | : | |
| **Respondents.** | | |

## ORDER

Petitioner, Javier Ramirez Garcia, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. In order to preserve its jurisdiction, and pursuant to its authority under the All Writs Act, the Court **ORDERS** that Respondents shall neither remove Ramirez Garcia from this District nor allow him to be removed from this District unless or until the Court orders otherwise.[1] *See* 28 U.S.C. § 1651(a). This order should not be construed as an expression of the Court's views on the merits of this matter. *See Wheaton Coll. v. Burwell*, 573 U.S. 958, 959 (2014).

The Clerk is **DIRECTED** to (1) immediately provide a copy of the petition and its accompanying papers, along with a copy of this Order, to the United States Marshal to promptly personally serve to a Butler County Sheriff's Deputy in the

---

[1] The Court's directive applies with equal force to any individual, group, or

Potter Stewart United States Courthouse. The Clerk is **further DIRECTED** to (2) serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to Kevin J. Gerrity at kevin.gerrity@bcohio.gov; by email to Patrick R. Oelrich at patrick.oelrich@bcohio.gov; and by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov. The Clerk is **further DIRECTED** to (3) promptly note proof of such service on the docket.

Counsel for Respondents shall promptly file a notice of appearance.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than April 27, 2026.

**IT IS SO ORDERED.**

April 17, 2026                              S/Susan J. Dlott
                                           SUSAN J. DLOTT
                                           United States District Judge

---

entity working in concert with or on behalf of Respondents.